# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Sanket J. Bulsara__　　　　Date: __3/28/19__

Magistrate Case Number: __19-272M__　　　　LOG #: __3:43 - 3:57__

Defendant's Name: __Johnny Che__

_✓_ Court appointed counsel.　　___ Defendant retained counsel.

Defense Counsel: __James Darrow__　　　　CJA:___ FDNY: _✓_ RET:___

A.U.S.A. __Gillian Kassner__　　　　Clerk: __Felix Chin__

Interpreter: _____　　Language: _____

_✓_ ARRAIGNMENT on Complaint held.　　___ Government Agent Sworn

___ DETENTION HEARING Held:　　___ Government opposed bail for reasons stated on the record.

_✓_ Bond set at __ROR__.　　_✓_ Bond set on consent of both parties.

Defendant: _✓_ released　　___ held pending satisfaction of bond conditions.

_✓_ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.　　___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Preliminary Hearing set for: _____; or　_✓_ waived by defendant

_✓_ Status Conference set for: __5/30/19 @ 11:00__ before ~~Judge~~ __duty MJ__

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

　　___ Identity hearing held. Court ___ orders removal ___ denies removal

　　___ Defendant waives: ___ identity hearing ___ preliminary hearing

　　___ Identity/ Removal Hearing set for: _____

　　___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Order of excludable delay entered. Time excluded from 3/28/19 until 5/30/19.__